**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Alton Chisolm, Appellant.

Appellate Case No. 2014-002351

---

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court Judge

---

Unpublished Opinion No. 2017-UP-240
Submitted May 1, 2017 – Filed June 7, 2017

---

**APPEAL DISMISSED**

---

James Kristian Falk, of Falk Law Firm, LLC, of Charleston, and Alton Chisolm, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after consideration of appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).[1]  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[2]

**WILLIAMS and KONDUROS, JJ., and LEE, A.J., concur.**

---

[1] *See In re McCoy*, 360 S.C. 425, 602 S.E.2d 58 (2004) (adopting the *Anders* procedure for alleged no-merit appeals in sexually violent predator involuntary commitment appeals).

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.